UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BELTZ and KELLY BELTZ,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A. (successor by acquisition of Wachovia N.A. and World Savings Bank); NBS DEFAULT SERVICES, LLC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:15-CV-01731-TLN-CKD<br><br>[The Honorable Troy L. Nunley]<br><br>**ORDER RE: JOINT STIPULATION FOR A 60-DAY CONTINUANCE OF THE DEADLINES FOR DISCOVERY, EXPERT DISCOVERY, AND DISPOSITIVE MOTIONS** |

The Court, having read and considered the parties' Joint Stipulation**,** and finding good cause to grant the requested relief, **IT IS HEREBY ORDERED:**

The Scheduling Order (Doc. 30) is hereby modified with the following dates and deadlines in this action:

| | |
|---|---|
| Discovery cutoff | November 28, 2018 |
| Expert discovery cutoff | January 29, 2019 |
| Motion hearing cutoff | **June 13, 2019** |

DATED: August 10, 2018

_____
Troy L. Nunley
United States District Judge