UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BELTZ and KELLY BELTZ,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A. (successor by acquisition of Wachovia N.A. and World Savings Bank); NBS DEFAULT SERVICES, LLC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:15-CV-01731-TLN-CKD<br><br>**ORDER RE: WELLS FARGO'S REQUEST FOR EXTENSION OF PAGE LIMIT FOR MEMORANDA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

The Court, having read and considered the Request and finding good cause, the Request is GRANTED. The page limit for any memorandum of points and authorities in support of, or in opposition to, a motion for summary judgment shall be twenty-five (25) pages.

IT IS SO ORDERED.

Dated: May 10, 2019

_____
Troy L. Nunley
United States District Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Ave, Suite 1100 Pasadena, CA 91101-4158

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER RE: WELLS FARGO'S REQUEST FOR EXTENSION OF PAGE LIMIT FOR MEMORANDA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

| *Attorneys for Plaintiffs:* | *Attorneys for Plaintiffs:* |
|---|---|
| Stephen J. Foondos, Esq.<br>Sandeep Singh Dhillon, Esq.<br>UNITED LAW CENTER<br>3301 Watt Avenue, Suite 500<br>Sacramento, California 95821<br><br>Tel: (916) 367-0630 / Fax: (916) 865-0817<br><br>Email: soofndos@unitedlawcenter.com<br>Email: sdhillon@unitedlawcenter.com | Henry Joseph Hymanson<br>Hymanson & Hymanson<br>8816 Spanish Ridge Ave<br>Las Vegas, NV 89148<br><br>(702) 629-3300<br><br>Email: Hank@HymansonLawNV.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on April 24, 2019.

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |