UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BELTZ and KELLY BELTZ,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A. (successor by acquisition of Wachovia N.A. and World Savings Bank); NBS DEFAULT SERVICES, LLC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01731-TLN-CKD<br><br>[The Honorable Troy L. Nunley]<br><br>**ORDER GRANTING REQUEST TO SEAL** |

The Court, having read and considered Defendants' Request to Seal (ECF No. 40), and finding good cause to grant the requested relief, IT IS HEREBY ORDERED that ECF No. 39-2 be sealed in its entirety for the duration of this litigation.

IT IS SO ORDERED.

Dated: May 30, 2019

_____
Troy L. Nunley
United States District Judge

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Ave, Suite 1100 Pasadena, CA 91101-4158 |
| 4 | |
| 5 | On the date below, I served a copy of the foregoing document entitled: |
| 6 | **[PROPOSED] ORDER RE: REQUEST TO SEAL** |
| 7 | on the interested parties in said case as follows: |
| 8 | **Served Electronically** |
| | **Via the Court's CM/ECF System** |
| 9 | |
| 10 | *Attorneys for Plaintiffs:* |
| 11 | Stephen J. Foondos, Esq. |
| | John Steve Sargetis, Esq. |
| 12 | UNITED LAW CENTER |
| | 3301 Watt Avenue, Suite 500 |
| 13 | Sacramento, California 95821 |
| 14 | Tel: (916) 367-0630 / Fax: (916) 865-0817 |
| 15 | Email: soofndos@unitedlawcenter.com |
| | Email: jsargetis@unitedlawcenter.com |
| 16 | |
| 17 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on May 16, 2019. |
| 18 | |
| 19 | |
| 20 | Lina Velasquez   /s/ *Lina Velasquez* |
| 21 | (Type or Print Name)   (Signature of Declarant) |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |